FILED
CLERK, U.S. DISTRICT COURT

JUN 19 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

MIGUEL ANGEL MAZARIEGO, JR.,          )   No. CV 07-2877-DDP (PLA)
                                      )
      Petitioner,                     )   **ORDER ADOPTING MAGISTRATE**
                                      )   **JUDGE'S FINAL REPORT AND**
      v.                              )   **RECOMMENDATION**
                                      )
CALIFORNIA DEPARTMENT OF              )
CORRECTIONS AND REHABILITATION,       )
                                      )
      Respondent.                     )
_____)

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's final report and recommendation and petitioner's objections. The Court agrees with the recommendations of the magistrate judge.

      ACCORDINGLY, IT IS ORDERED:

    1.    The final report and recommendation is adopted.

    2.    Judgment shall be entered consistent with this order.

    3.    The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: 6-18-08

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE