CLERK, U.S. DISTRICT COURT
JUN 19 2008
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MIGUEL ANGEL MAZARIEGO, JR., <br><br> Petitioner, <br><br> v. <br><br> CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, <br><br> Respondent. | No. CV 07-2877-DDP (PLA) <br><br> **JUDGMENT** |

Pursuant to the order adopting the magistrate judge's final report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed without prejudice.

DATED: 6-18-08

HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE